IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENDA SCHMIEGEL,          No. C 06-04014 SI

        Plaintiff,          **PRETRIAL PREPARATION ORDER**

v.

CORAM HEALTHCARE CORPORATION,

        Defendant.
                                         /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 2, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 31, 2007.

DESIGNATION OF EXPERTS: 8/3/07; REBUTTAL: 8/17/07.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 14, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by June 8, 2007;

      Opp. Due June 22, 2007; Reply Due June 29, 2007;

      and set for hearing no later than July 13, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 9, 2007 at 3:30 PM.

JURY TRIAL DATE: October 22, 2007 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff will file a dismissal as to Coram Healthcare.
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur in January 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/25/06

                                                      SUSAN ILLSTON
                                                      United States District Judge

United States District Court
For the Northern District of California